1438

*September 21, 2017*

2017-Ohio-7697.]

**2017–0236.   Pi in the Sky, L.L.C. v. Testa.**
Board of Tax Appeals, No. 2015–2005. On appellant's motion to supplement the record. Motion denied as moot.

**2017–1181.   State ex rel. Repeal the Lorain Cty. Permissive Sales Tax Commt. v. Lorain Cty. Bd. of Elections.**
In Mandamus. Reported at 151 Ohio St.3d 247, 2017-Ohio-7648, 87 N.E.3d 1234. On motion for reconsideration. Motion denied.

*September 22, 2017*

2017-Ohio-7742.]

**1988–1074.   State v. Hutton.**
Cuyahoga App. No. 51704. On appellant/cross-appellee's motion to set an execution date. Motion granted. Percy Hutton's sentence shall be carried into execution by the warden of the Southern Ohio Correctional Facility, or in his absence, by the deputy warden, on Wednesday, June 22, 2022, in accordance with the statutes so provided.

O'NEILL, J., dissents for the reasons set forth in his dissenting opinion in *State v. Wogenstahl*, 134 Ohio St.3d 1437, 2013-Ohio-164, 981 N.E.2d 900.

**1994–0010.   State v. Carter.**
Hamilton App. No. C920604. On appellee's motion to set an execution date. Motion granted. Cedric Carter's sentence shall be carried into execution by the warden of the Southern Ohio Correctional Facility, or in his absence, by the deputy warden, on Wednesday, August 24, 2022, in accordance with the statutes so provided.

O'NEILL, J., dissents for the reasons set forth in his dissenting opinion in *State v. Wogenstahl*, 134 Ohio St.3d 1437, 2013-Ohio-164, 981 N.E.2d 900.

**2000–1540.   State v. Hutton.**
Cuyahoga App. No. 51704. On appellee's motion to set an execution date. Motion granted. Percy Hutton's sentence shall be carried into execution by the warden of the Southern Ohio Correctional Facility, or in his absence, by the deputy warden, on Wednesday, June 22, 2022, in accordance with the statutes so provided.

O'NEILL, J., dissents for the reasons set forth in his dissenting opinion in *State v. Wogenstahl*, 134 Ohio St.3d 1437, 2013-Ohio-164, 981 N.E.2d 900.